WILLIAM BURT, Defendant in Error, *vs.* W. H. AND
ADELE RYNEX, Plaintiffs in Error.

1. Judgment affirmed.

*Error to Linn County Court.*

*A. W. Mullins*, for Plaintiffs in Error.

*G. D. Burgess, and Geo. Easley*, for Defendant in
Error.

WAGNER, Judge, delivered the opinion of the court.

This case was here on a former occasion and will be found
reported in 48 Mo., 309. The judgment was then reversed,
because it did not appear what was done with the three
hundred dollars, alleged to have been paid by Mrs. Rynex at the
sheriff's sale and credited on the execution. We held that if the
money was paid, and went in satisfaction of the plaintiff's
debt, he could not recover the land and keep the money be-
sides. But upon the last trial this omission was rectified, and
the court rendered a decree in conformity with the decision
of this court. The new testimony did not in the least change
the case from what it was when it was first tried. The depo-
sitions of the defendants are vague, indefinite and negative,
and fail entirely to meet the allegations of the petition, and
the proofs submitted by the plaintiffs.

The fact still stands forth, that Grill, who was the agent of
the plaintiff, acted in bad faith towards him and perpetrated
a fraud on him to obtain his property at a sacrifice; that he
bid in the property for Mrs. Rynex, one of the defendants,
who was his sister, and had the deed taken to her. He was
then acting as her agent, and notice to him was notice to her.

There was an utter want of fair dealing exhibited in this
transaction, and the judgment of the court below must be
affirmed. The other judges concur.